FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 0 7 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NORTHERN DIVISION**

MUTWAKI ELHAG,

Plaintiff,

v.

DELTA AIR LINES, INC. and its affiliates, et.al.,

Defendants.

CIVIL ACTION FILE NO.:

1:25 -CV- 0 6 0 6

---

**STATEMENT OF CLAIM**

## I.  FACTUAL BACKGROUND

On March 6, 2024, after our daily briefing, I placed a call to my family in Sudan via Messenger. Due to the ongoing war and poor communication, I had not been able to contact them for approximately three months. Initially, I made the call inside the line-room for 45 seconds, before stepping outside near gate E9 when the fire alarm went off. I then went outside and called them right back (call lasted for approx. 19 minutes). *A copy of my Messenger call log is attached hereto as Exhibit "A".*

Later in my shift during a break, I stepped outside to take a call from my family back home. While outside, I observed an empty, parked Delta truck in our maintenance parking area, which I assumed belonged to the maintenance department (Dept. 252). I entered the vehicle, closed the door to muffle outside noise, and continued my call. Upon finishing, I noticed a small panda bear toy on the dashboard. Believing it to be an unclaimed item left behind from a plane, I took it into the line break room, assuming it would be discarded. *A copy of my T-Mobile call log is attached hereto as Exhibit "B".*

Following this, I resumed my maintenance duties, servicing aircraft 3361 and three additional aircraft before completing my shift at 10:30 PM. The following day, March 7, 2024, I was called into a meeting with my managers, John Jones and Jeff Rivers. They questioned me about entering the truck and taking the toy. I answered truthfully, explaining my assumptions. I was later informed that the truck and toy belonged to an ACS manager. I requested an

opportunity to explain my mistake to the ACS manager, but my managers did not allow me to do so. Instead, they asked me to write a statement, which I did promptly.

Shortly after submitting my statement, I was informed of my suspension and escorted from the premises. My Delta and SIDA badges were confiscated. I was assured that the matter would be handled fairly. That evening, I returned the toy to my manager, John Jones, emphasizing that I had no intention of stealing it.

Please see additional attached Supporting documents, such as:

- EEOC Determination and Notice of Rights Letter;
- Picture of the toy, vehicle, and area in question;
- Copy of Signed Petition for Re-employment from my fellow co-workers; and
- Multiple recommendation and character referenced letters from co-workers, friends, previous employers (including Delta).

## II. LEGAL CLAIMS

I have been a dedicated Delta employee for nearly 19 years, working across various stations and departments without any prior concerns regarding his integrity or conduct. My termination was wrongful and the result of unlawful discrimination.

I further assert claims for wrongful termination based on the following grounds:

1. Age Discrimination (42 U.S.C. § 621 et seq. - ADEA): I am 52 years old and was treated unfairly in a manner that suggests age-based bias.

2. Race Discrimination (42 U.S.C. § 1981; Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq.): As a Black employee, I was subjected to differential treatment and terminated for conduct that did not warrant termination.

3. Religious Discrimination (Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq.): I believe that as a practicing Muslim, I was disciplined disproportionately and without a fair opportunity to explain his actions.

4. National Origin Discrimination (Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq.): As a Sudanese national, I faced adverse employment actions that appear to be motivated, in part, by my national origin.

## III.   RELIEF SOUGHT

As a result of Defendant's unlawful actions, I have suffered financial loss, emotional distress, and reputational harm. Plaintiff seeks the following relief:

1. Reinstatement to his former position or, alternatively, front pay;

2. Back pay and lost benefits with interest;

3. Compensatory damages for emotional distress and reputational harm;

4. Punitive damages as permitted by law;

5. Attorneys' fees and costs incurred in bringing this action;

6. Any other relief that this Court deems just and proper.

**WHEREFORE**, Plaintiff prays for judgment against Defendant in an amount to be determined at trial, together with all applicable damages, fees, and any further relief as the Court may deem just and proper.

Respectfully submitted,

MUTWAKI ELHAG

# EXHIBIT "A"



# EXHIBIT "B"

**T**

...CONTINUED - (404) 246-4430, TALK

| When | | Who | Description | Type | Min | Cost |
|---|---|---|---|---|---|---|
| | 8:46 PM | OUT (404) 703-7958 | to Atlanta/GA | F | 1 | - |
| | 8:53 PM | IN (804) 548-5018 | Incoming | F | 1 | - |
| | 8:55 PM | OUT (404) 703-7958 | to Atlanta/GA | F | 2 | - |
| | 9:00 PM | OUT (404) 703-7958 | to Atlanta/GA | F | 1 | - |
| | 9:43 PM | IN (256) 239-0629 | incoming | - | 3 | - |
| | 10:59 PM | IN (404) 703-7958 | Incoming | F | 1 | - |
| | 11:01 PM | OUT (256) 239-0629 | to Anniston/AL | - | 1 | - |
| Mar 06 | 10:02 AM | OUT (404) 806-8181 | to Atlanta/GA | - | 1 | - |
| | 10:21 AM | IN (404) 703-7958 | Incoming | F | 1 | - |
| | 10:29 AM | OUT (678) 770-4688 | to Atlanta/GA | F | 1 | - |
| | 10:32 AM | OUT (404) 703-7958 | to Atlanta/GA | F | 1 | - |
| | 11:59 AM | OUT (678) 531-1067 | to Atlanta Ne/GA | - | 2 | - |
| | 12:01 PM | OUT (678) 531-1067 | to Atlanta Ne/GA | - | 1 | - |
| | 12:08 PM | OUT (800) 554-0262 | 1-800 # | - | 9 | - |
| | 1:23 PM | OUT (470) 573-0684 | to Buford/GA | F | 8 | - |
| | 2:03 PM | OUT (770) 468-5989 | to Griffin/GA | - | 1 | - |
| | 2:48 PM | OUT (404) 703-7958 | to Atlanta/GA | F | 2 | - |
| | 3:16 PM | IN (256) 239-0629 | Incoming | - | 1 | - |
| | 4:07 PM | OUT (800) 275-8777 | 1-800 # | - | 37 | - |
| | 4:53 PM | OUT (781) 521-2008 | to Saugus/MA | F | 3 | - |
| | 5:00 PM | OUT (256) 239-0629 | to Anniston/AL | - | 2 | - |
| | 5:02 PM | OUT (800) 275-8777 | 1-800 # | - | 1 | - |
| | 5:07 PM | IN (404) 806-8181 | Incoming | - | 18 | - |
| | 6:14 PM | OUT (404) 703-7958 | to Atlanta/GA | F | 8 | - |
| | 8:36 PM | OUT (256) 239-0629 | to Anniston/AL | - | 4 | - |
| Mar 07 | 8:42 AM | OUT (678) 531-1067 | to Atlanta Ne/GA | - | 4 | - |
| | 10:20 AM | IN (404) 703-7958 | Incoming | F | 1 | - |
| | 10:23 AM | OUT (404) 703-7958 | to Atlanta/GA | F | 1 | - |
| | 10:30 AM | IN (404) 703-7958 | Incoming | F | 1 | - |
| | 10:41 AM | OUT (678) 531-1067 | to Atlanta Ne/GA | - | 1 | - |
| | 10:41 AM | OUT (678) 531-1067 | to Atlanta Ne/GA | - | 1 | - |
| | 10:42 AM | OUT (678) 531-1067 | to Atlanta Ne/GA | - | 1 | - |
| | 10:48 AM | OUT (678) 531-1067 | to Atlanta Ne/GA | - | 1 | - |
| | 11:09 AM | OUT (404) 703-7958 | to Atlanta/GA | F | 2 | - |
| | 11:13 AM | IN (404) 703-7958 | Incoming | F | 1 | - |
| | 11:14 AM | OUT (404) 703-7958 | to Atlanta/GA | F | 1 | - |
| | 11:47 AM | IN (678) 531-1067 | Incoming | F | 1 | - |
| | 1:27 PM | OUT (404) 703-7958 | to Atlanta/GA | F | 1 | - |
| | 1:37 PM | OUT (404) 703-7958 | to Atlanta/GA | F | 3 | - |
| | 7:42 PM | OUT (256) 239-0629 | to Anniston/AL | - | 2 | - |
| | 7:49 PM | OUT (256) 239-0629 | to Anniston/AL | - | 2 | - |
| Mar 08 | 1:51 PM | OUT (404) 703-7958 | to Atlanta/GA | F | 1 | - |
| | 1:52 PM | OUT (404) 703-7958 | to Atlanta/GA | F | 1 | - |
| | 1:54 PM | OUT (404) 703-7958 | to Atlanta/GA | F | 1 | - |
| | 1:54 PM | OUT (404) 703-7958 | to Atlanta/GA | F | 1 | - |
| | 1:57 PM | IN (404) 703-7958 | Incoming | F | 1 | - |
| | 3:30 PM | OUT (678) 770-4688 | to Atlanta/GA | F | 1 | - |
| | 4:26 PM | OUT (678) 770-4688 | to Atlanta/GA | F | 3 | - |
| | 4:49 PM | OUT (404) 678-1541 | to Atlanta/GA | - | 1 | - |
| | 4:53 PM | OUT (804) 833-2136 | to Richmond/VA | - | 9 | - |
| | 5:05 PM | OUT (612) 644-9372 | to Blaine/MN | F | 4 | - |
| | 8:43 PM | IN (256) 239-0629 | Incoming | - | 3 | - |
| Mar 09 | 8:02 AM | OUT (404) 703-7958 | to Atlanta/GA | F | 1 | - |
| | 12:00 PM | IN (714) 837-9804 | Incoming | F | 19 | - |
| | 12:30 PM | OUT (714) 837-9804 | to Westminstr/CA | F | 1 | - |
| | 12:33 PM | IN (714) 837-9804 | Incoming | F | 5 | - |
| | 12:46 PM | OUT (678) 770-4688 | to Atlanta/GA | F | 4 | - |
| | 2:35 PM | IN (678) 531-1067 | Incoming | - | 1 | - |
| | 3:35 PM | IN (678) 531-1067 | Incoming | - | 1 | - |
| | 4:00 PM | IN (404) 703-7958 | Incoming | F | 1 | - |
| | 8:57 PM | OUT (832) 837-0398 | to Houston/TX | F | 1 | - |
| | 8:57 PM | IN (832) 837-0398 | Incoming | F | 4 | - |
| **Totals** | | | | | **1,637** | **80.00** |

The date and time corresponds to the local time where the mobile was located.

WHO: OUT Outgoing  IN Incoming   TYPE: F Mobile2Mobile  A Call Waiting

## TEXT

| When | | Who | Destination | Type | Cost |
|---|---|---|---|---|---|
| Feb 10 | 4:36 AM | OUT (678) 770-4688 | Atlanta, GA | TXT | - |
| | 4:45 AM | IN (678) 770-4688 | Atlanta, GA | TXT | - |
| | 6:19 AM | IN 6 7329 | | TXT | - |
| | 6:19 AM | IN 6 7329 | | TXT | - |
| | 6:19 AM | IN 6 7329 | | TXT | - |
| | 6:35 AM | IN 6 7329 | | TXT | - |
| | 7:24 AM | IN 8 5166 | | TXT | - |
| | 1:16 PM | OUT (678) 770-4688 | Atlanta, GA | TXT | - |
| | 1:31 PM | IN (678) 770-4688 | Atlanta, GA | TXT | - |
| | 5:12 PM | IN (877) 836 3021 | Incoming | TXT | - |
| Feb 11 | 7:54 AM | IN (833) 239-7540 | Incoming | TXT | - |
| Feb 12 | 7:16 AM | IN 7 9999 | | TXT | - |
| | 8:50 AM | IN (702) 329-1021 | Las Vegas, NV | TXT | - |
| | 3:36 PM | OUT (404) 703-7958 | Atlanta, GA | TXT | - |
| | 3:57 PM | IN 9 0794 | | TXT | - |
| | 3:58 PM | IN (833) 266-5655 | Incoming | TXT | - |
| Feb 13 | 9:57 AM | IN 4 3771 | | TXT | - |

...CONTINUED - (404) 246-4430 TEXT

| When | | Who | Destination | Type | Cost |
|---|---|---|---|---|---|
| | 9:57 AM | IN 4 3771 | | TXT | - |
| | 12:05 PM | IN 9 0794 | | TXT | - |
| | 1:24 PM | IN 9 0794 | | TXT | - |
| | 2:14 PM | IN 9 0794 | | TXT | - |
| | 2:28 PM | IN 2 9943 | | TXT | - |
| | 3:12 PM | IN 9 0794 | | TXT | - |
| | 5:43 PM | IN (877) 836-3021 | Incoming | TXT | - |
| Feb 14 | 8:44 AM | IN 9 8184 | | TXT | - |
| | 9:19 AM | IN (804) 548-5018 | Richmond, VA | TXT | - |
| | 9:19 AM | IN (804) 548-5018 | Richmond, VA | TXT | - |
| | 9:20 AM | IN (804) 548-5018 | Richmond, VA | TXT | - |
| | 9:20 AM | IN (804) 548-5018 | Richmond, VA | TXT | - |
| | 9:20 AM | OUT (804) 548-5018 | Richmond, VA | TXT | - |
| | 9:29 AM | IN (404) 703-7958 | Atlanta, GA | TXT | - |
| | 9:30 AM | IN 14047037958 | | PIC | - |
| | 9:44 AM | OUT (404) 703-7958 | Atlanta, GA | TXT | - |
| | 9:49 AM | IN 14047037958 | | PIC | - |
| | 9:56 AM | IN (404) 703-7958 | Atlanta, GA | TXT | - |
| | 10:06 AM | OUT (404) 703-7958 | Atlanta, GA | TXT | - |
| | 7:10 PM | IN 9 0794 | | TXT | - |
| | 7:36 PM | IN 9 0794 | | TXT | - |
| Feb 15 | 3:43 PM | IN 24 2020 | | TXT | - |
| | 4:40 PM | OUT 24 2020 | | TXT | - |
| Feb 16 | 5:13 AM | IN 7 9999 | | TXT | - |
| | 7:15 AM | IN (678) 490-8094 | Atlanta So, GA | TXT | - |
| | 7:15 AM | IN (678) 490-8094 | Atlanta So, GA | TXT | - |
| Feb 17 | 12:50 PM | IN 9 0794 | | TXT | - |
| | 5:27 PM | IN (202) 746-3800 | Washington, DC | TXT | - |
| | 5:54 PM | IN 9 0794 | | TXT | - |
| Feb 19 | 5:13 AM | IN 7 9999 | | TXT | - |
| | 11:22 AM | IN 9 0794 | | TXT | - |
| | 11:25 AM | IN 3 6726 | | TXT | - |
| | 3:42 PM | IN +14782121592 | | PIC | - |
| Feb 20 | 12:18 PM | IN (770) 626-4932 | Atlanta So, GA | TXT | - |
| | 12:52 PM | IN 9 0794 | | TXT | - |
| Feb 21 | 6:53 AM | IN (678) 490-8094 | Atlanta So, GA | TXT | - |
| | 6:53 AM | IN (678) 490-8094 | Atlanta So, GA | TXT | - |
| | 9:09 AM | IN 24 2020 | | TXT | - |
| | 3:58 PM | IN (404) 282-8758 | Atlanta, GA | TXT | - |
| | 3:58 PM | IN (404) 282-8758 | Atlanta, GA | TXT | - |
| | 3:58 PM | IN (404) 282-8758 | Atlanta, GA | TXT | - |
| Feb 22 | 4:48 AM | IN 4 7458 | | TXT | - |
| | 7:30 AM | IN (770) 626-4932 | Atlanta So, GA | TXT | - |
| | 12:17 PM | IN 9 0794 | | TXT | - |
| | 6:04 PM | IN 9 0794 | | TXT | - |
| Feb 23 | 5:14 AM | IN 7 9999 | | TXT | - |
| | 12:18 PM | IN (678) 490-8094 | Atlanta So, GA | TXT | - |
| | 1:28 PM | IN (346) 202-5374 | Bammel, TX | TXT | - |
| | 2:34 PM | OUT (678) 531-1067 | Atlanta Ne, GA | TXT | - |
| | 2:34 PM | OUT (678) 531-1067 | Atlanta Ne, GA | TXT | - |
| | 2:55 PM | IN (678) 531-1067 | Atlanta Ne, GA | TXT | - |
| Feb 24 | 8:00 AM | IN (202) 746-3800 | Washington, DC | TXT | - |
| | 5:10 PM | IN (404) 703-7958 | Atlanta, GA | TXT | - |
| | 5:11 PM | IN (404) 703-7958 | Atlanta, GA | TXT | - |
| | 5:12 PM | IN (404) 703-7958 | Atlanta, GA | TXT | - |
| | 5:12 PM | IN (404) 703-7958 | Atlanta, GA | TXT | - |
| | 5:13 PM | IN (404) 703-7958 | Atlanta, GA | TXT | - |
| | 5:14 PM | IN (404) 703-7958 | Atlanta, GA | TXT | - |
| | 5:14 PM | IN (404) 703-7958 | Atlanta, GA | TXT | - |
| | 5:34 PM | IN 14047037958 | | PIC | - |
| | 5:37 PM | IN 14047037958 | | PIC | - |
| | 5:37 PM | IN 14047037958 | | PIC | - |
| Feb 25 | 8:03 AM | OUT (678) 770-4688 | Atlanta, GA | TXT | - |
| | 8:05 AM | OUT (678) 770-4688 | Atlanta, GA | TXT | - |
| | 11:06 AM | IN (678) 770-4688 | Atlanta, GA | TXT | - |
| | 11:34 AM | OUT (678) 770-4688 | Atlanta, GA | TXT | - |
| | 11:35 AM | OUT (678) 770-4688 | Atlanta, GA | TXT | - |
| | 11:36 AM | OUT (678) 770-4688 | Atlanta, GA | TXT | - |
| | 11:36 AM | IN (678) 770-4688 | Atlanta, GA | TXT | - |
| | 11:36 AM | IN (678) 770-4688 | Atlanta, GA | TXT | - |
| | 11:37 AM | OUT (678) 770-4688 | Atlanta, GA | TXT | - |
| | 11:37 AM | IN (678) 770-4688 | Atlanta, GA | TXT | - |
| | 11:38 AM | IN (678) 770-4688 | Atlanta, GA | TXT | - |
| | 3:53 PM | IN +12089924495 | | PIC | - |
| | 7:10 PM | OUT (256) 225-3426 | Anniston, AL | TXT | - |
| | 7:10 PM | OUT (256) 225-3428 | Anniston, AL | TXT | - |
| | 7:11 PM | OUT (256) 225-3428 | Anniston, AL | TXT | - |
| | 7:11 PM | OUT (256) 225-3428 | Anniston, AL | TXT | - |
| | 7:29 PM | IN (256) 225-3428 | Anniston, AL | TXT | - |
| Feb 26 | 8:33 AM | IN (770) 626-4932 | Atlanta So, GA | TXT | - |
| | 10:21 AM | OUT (770) 626-4932 | Atlanta So, GA | TXT | - |
| | 12:03 PM | IN (615) 892-1391 | Nashville, TN | TXT | - |
| | 12:10 PM | IN 9 0794 | | TXT | - |
| | 12:10 PM | OUT (615) 892 1391 | Nashville, TN | TXT | - |
| Feb 27 | 7:36 AM | IN (678) 490-8094 | Atlanta So, GA | TXT | - |
| | 7:36 AM | IN (678) 490-8094 | Atlanta So, GA | TXT | - |
| | 7:56 AM | IN (210) 900-5462 | Sanantonio, TX | TXT | - |
| | 7:56 AM | IN (210) 900-5462 | Sanantonio, TX | TXT | - |
| | 12:43 PM | IN 14043091129 | | PIC | - |
| | 12:50 PM | IN (678) 490-8094 | Atlanta So, GA | TXT | - |
| | 12:50 PM | IN (678) 490-8094 | Atlanta So, GA | TXT | - |

# ADDIITONAL EVIDENCE



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Atlanta District Office**
100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
1-800-669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 11/06/2024

**To:** Mr. MUTWAKIL M. ELHAG
650 NORTH POINTE KHOLL CT
RIVERDALE, GA 30274
Charge No: 410-2024-11943

EEOC Representative and email:    ASHLEY HARPER
Investigator
ashley.harper@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 410-2024-11943.

On behalf of the Commission,

Digitally Signed By:Darrell E. Graham
11/06/2024
Darrell E. Graham
District Director



11/5/24, 12:23 PM                    5,854 unread - mutwakilelhag@yahoo.com -  Mail



11/5/24, 12:24 PM

Case 1:25-cv-00606-SDG-RGV    Document 1-1    Filed 02/07/25    Page 12 of 36
5,854 unread - mutwakilelhag@yahoo.com - Yahoo Mail





Rich Espinoza
Station Manager III DFW
Aircraft Line Maintenance
Delta Air Lines TechOps
W 972-615-3730 | C 940-230-4083
1527 W Hwy 114
Ste 500-327
Grapevine, Tx 76051

April 09, 2024

To whom it may concern,

I am writing this letter of reference for Mutwakil Elhag, Delta Air Lines Employee No 183088.
Mutwakil reported directly to me from October 2017 to October 2020, while assigned to
Department 252 International Line Maintenance Atlanta GA.

During the time I worked directly with Mutwakil, he was very inspirational, loyal, outgoing, and
played a key role as a leader amongst his fellow AMTs at Delta. Mutwakil rallied his teammates
while both at work and after working hours. When a fellow Lead AMT was hospitalized due to a
tragic motorcycle accident, Mutwakil gathered a team together to frequently visit the injured Lead
AMT while in the hospital. Mutwakil was very inspirational as he would go out of his way to help
keep the team in good spirits while going out of his way to help a team member when experiencing
difficult times. Mutwakil Elhag is a very ethical, religious, and spiritual man with a kind and
generous heart.

Please feel free to reach out to me directly if you have any questions.

Sincerely,


*Rich Espinoza*
*Station Manager III DFW*
*Aircraft Line Maintenance*
*Delta Air Lines TechOps*
*W 972-615-3730 | C 940-230-4083*

To Whom It May Concern:

It has been brought to my attention that my coworker, and friend of about 13 years, Mr. Mutwakil Elhag was terminated from Delta Airlines because of a clear misunderstanding, miscommunication and at the end, a clear mistake in judgement.

I want to take this opportunity to speak on his behalf to his character and as exempt employee. Again, in the 13 years that I have worked with Mr. Elhag, I don't think I have ever witnessed a lapse in judgement or any questionable behavior from him. He has never engaged in any dishonest or untrustworthy behavior but has actually been praised for his honesty and trustworthy character. As an example, during one of our routine checks during an overnight shift, Mr. Elhag found a bag of money left behind by a passenger. He promptly returned the cash to our Lead, Mr. Chuck Fricks, who can verify this story in full. The very next morning during our daily briefing, Mr. Elhag was praised for his honesty and good character by our Duty manager, Mr. Ken Miles. His act was said to be "Noble". Words directly spoken by Mr. Miles in front of the entire team.

Mr. Elhag has always been a person of high morals and has always conducted himself with goodness in all aspects of his life, as I have witnessed. There has never been a question of this from his peers or management staff. This incident, with him taking a small toy, was a mistake and in no way makes him a thief. When it was brought to his attention, he promptly returned it and was told, no harm, no foul because of his good character. But in turn, was fired for an incident so small. All he has worked hard for was taken away for one small lapse in judgement - not the intentions of someone that intentionally sets out to steal. That is not Mutwakil Elhag.

I have full confidence in Mr. Elhag and put my name out as one of his stark supporters. He has great respect for his position with Delta Airlines and working with Delta Airlines and would never do anything to jeopardize that.

I humbly ask that Mr. Elhag be reconsidered and given his job back. He works hard for Delta and definitely deserves another opportunity.
Please let me know if you have any questions or concerns.

Thank you for your time,
*Harold Jules*
NDT INSPECTOR
DEPT. 542C / ATL
Tel: 404 -901-8598



3/18/2024

To whom it may concern,

I am writing this character letter on the behalf of Mutwaki Elhag. He worked for me for over 3 years as an AMT in the engine shop...Dept. 283, and in that entire period he was an outstanding employee. I never had one issue with Mutwaki attendance, work ethic, and attitude were exemplary. All of his evaluations demonstrated the kind of employee that he was everyday that he came to work. Mutwaki is a self-motivated employee that is often sought out by his peers for his knowledge and understanding of his job. He always demonstrated a full commitment of professionalism to Delta Airlines. Mutwaki has always been accountable for his actions, and I know him to be one of the most honest and trustworthy employees that I have ever had the privilege of having on my team. I have been at Delta for 30 years+ and I can honestly say that Mutwaki Elhag is the type of employee that helps make working at Delta a great place to work.

Thanks,

DIERVICK ANDERSON
Lead AMT
Engine Maintenance
Dept. 283 PW2000 Shop
(404) 849-3649 Cell

To whom it may concern, I am writing to express my deep concern over the recent termination of Mutwakil Elhag. He was a well respected member of our team in dept. 283 engine shop pw2000 for several years  and a dedicated employee of Delta for 20 plus years. My name is Phillip Johnson, and I'm a lead AMT in dept. 283. Mutwakil worked in our dept. for about 3 years and I worked with him side by side for 7 years at international line maintenance.

He was alwayss willing to go the extra mile, and help his fellow co-workers. He has always been a team player and hard worker. Mut has always went out of his way to make people feel comfortable and happy in his presence. He always kept everyone laughing and in a good mood.  We had a few co-workers at international line maintenance several years ago that did not feel comfortable around him, due to him being from another country. Some that told me this directly. I would defend his character while reminding these individuals that their comments were not based on any facts or events.

Nothing bothered him more than someone questioning his character or Integrity. Mut has been a model employee all of the years I have worked with him, with no issues before this incident.

I do not have all of the facts of his termination, but I think that an opportunity to go before the review board and express himself and explain his actions would be fair.

The Delta brand is our people. We should take the time to listen to our people.

Thank you for your time and consideration.

Sincerely,

Phillip Johnson

Lead AMT

PW2000 Dept. 283

Phillip.johnson@delta.com

To whom it may concern,

I am writing this letter on behalf of Mr. Mutwakil Elhag. I was a trainer in Dept. 283 and worked directly with Mr. Elhag on a daily basis for approximately 2 years. I found him to be a conscientious employee and a very hard worker. He was always willing to assist whoever needed it and strived to be a productive employee. He always brought a positive attitude to our crew.

From what I know about the event causing his termination, I hope that Delta will reconsider their actions against Mr. Elhag.


Thank you,
Perry Armistead
Dept. 282



مسجد بدر الدين
**MASJID BADRUDEEN**

06/28/2023

Boubacar bah

Re: Recommendation Letter

To whom it may concern

This is to attest to the character of Mutwakil Elhag, whom I have known many years now

Mutwakil has been an active member in our community and at our local mosque many years. I know this because I have served on both the community board and at the board of the mosque. He is known for his quietness, kindness and dedication to community service. His integrity and goodwill have been upfront on everything he does for our community.

From donating money or volunteering his time to just worshipping, Mutwakil has time and time again demonstrated his support to our community. He has been an excellent role model for many youths seeking to be more active in the community and strengthening their relationship with God.

He is without a doubt a valuable member of our congregation with good characters, and we hope this testimony will help your decision-making process.
We have been pleased to witness Mutwakil's spiritual growth over time and look forward to seeing it blossom further. We value him as a person with good moral exceptional characters and as a bright spot in our congregation.

Sincerely

*Boubacar Bah*

*Board of Director*

1350 Crystal Lake Rd Atlanta, GA 30349                    Email: masjidbadrudeen@gmail.com

*TO* WHOM IT MAY CONCERN,

We are writing a letter on behalf of our friend Mutwakil Elhag; we have been friends with him the last 20 years and we worked with him as AMT in MSP Station over 5 years.

We are trying to explain Mr. Elhag character as a friend. He is honest and trustworthy person. A family man always try to help friends and families as much as he can. He always the first person to join friends to help others in difficult time. We never encounter him in any untrustworthy or dishonest character.

Mr.Elhag has been a delta family more than 18 years. We all know how his life and family attached with delta. His love for the company is unquestionable. The toy incident happen at his station is not fully characterize him. He has no reputation this kind since we know him. We never heard or saw him stealing things from anyone. He has been a noble and fair mind personality.

We are hopping he will get his job back and he will show his dedication to the company again. We have full confidence on him, he will be a valuable employee for the company.

We love to see Mr Elhag with delta uniform again.

Ali Ahmed        MSP/251
S. MAROUF        MSP/251
Elfatih Tawil    MSP/250
Moses Moyong     MSP/250

May 08, 2024

The frontline employees of Department 283 think that Mutwalki Elhag is a great employee and colleague that deserves to get his job back. An employee of 19 years, with nothing negative in his file and every one of his evaluations have been excellent, should not lose his job or career over a misunderstanding. Here are our signatures in support of this statement.

Thank you,

1.
2.
3.
4.
5.
6. C. Lambert
7. Asgaad Eltayebi
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19. Kenneth F. Bowman
20.

21.
22.
23.
24.
25. Earl Lynn McElvang
26.
27.
28.
29.
30.
31.
32.
33.
34.
35.
36.
37.
38. Molly Sain
39.
40. Glen McKenzie

First shift

May 7th, 2024

The frontline employees of Department 252 think that Mutwalki Elhag is a great colleague that deserves to get his job back! Here are our signatures in support of that statement.

1: *[signature]* 2: *[signature]* 3: *[signature]*

4: *[signature]* 5: *[signature]* 6: *[signature]*

7: *[signature]* 8: *[signature]* 9: *[signature]*

10: *[signature]* 11: *[signature]* 12: *[signature]*

13: *[signature]* 14: *[signature]* 15: *[signature]*

16: *[signature]* 17: *[signature]* 18: *[signature]*

19: *[signature]* 20: *[signature]* 21: *[signature]*

22: *[signature]* 23: 24:

25: 26: 27:

28: 29: 30:

31: 32: 33:

34: 35: 36:

*Second Shift*

May 7th, 2024

The frontline employees of Department 252 think that Mutwalki Elhag is a great colleague that deserves to get his job back! Here are our signatures in support of that statement.

1: *David W. Hench*  2: Pablo Carrasco  3: *Sebastian Hinojosa*

4: *Casey Faulkner*  5: *Maurice Freire Rojas*  6: *Alex Garcia*

7: Sunny Hong  8: Stephan White  9: *[signature]*

10: *[signature]*  11: *[signature]*  12: *[signature]*

13: *[signature]*  14: *H. Kurdi*  15: *P. Holion*

16: Peter Ackley  17: *[signature]*  18: *[signature]*

19: *[signature]*  20: *[signature]*  21: *[signature]*

22: *Y. Brien*  23: *[signature]*  24: *[signature]*

25: *John N Searca*  26: *C. Fad*  27: *[signature]*

28: *W McFall*  29: M. *[signature]*  30: *[signature]*

31: *Luther Davis*  32:  33:

34:  35:  36:

Third Shift

May 7th, 2024

The frontline employees of Department 252 think that Mutwalki Elhag is a great colleague that deserves to get his job back! Here are our signatures in support of that statement.

1: [signature]            2: [signature]            3: [signature]

4: [signature]            5: [signature]            6: [signature]

7: R Ausmus             8: [signature]            9: [signature]

10: [signature]           11: [signature]           12: [signature]

13: [signature]           14: [signature]           15:

16:                       17:                       18:

19:                       20:                       21:

22:                       23:                       24:

25:                       26:                       27:

28:                       29:                       30:

31:                       32:                       33:

34:                       35:                       36:

The frontline employees of Department 251think that Mutwakil Elhag is an outstanding employee and colleague and he deserves to get his job back. He spent 19 years of service at Delta Air lines with nothing in his file and all of his Evaluations have been excellent. We believe he should not lose his job over a misunderstanding.

Below are our signatures in support of this statement.

Best Regards,

1.
2. Greg Nastase
3.
4. Armain D. Foh
5.
6.
7.
8.
9.
10.
11.
12.

13.

14.

15.

16.

17.

18.

19.

20.

21.

22.

23.

24.

25.

26.

27.

28.

29.

30.

31.

32.

33.

34.

35.

36.

37.

38.

 **DELTA**

Station Manager
Aircraft Line Maintenance
DFW Airport, Delta TechOps
Richard.espinoza@delta.com
P 972-615-3730
C 940-230-4083

January 6, 2025

To whom it may Concern,

I would like to confirm that Mutwakil Elhag a former employee of Delta Air Lines, as an AMT (Aircraft Maintenance Technician) that was Based in Atlanta, Georgia. Mr. Elhag was a key member of the International Line Maintenance Organization, that I managed from October 2017 to October 2020. Mutwakil was a critical member of the maintenance team tasked with daily troubleshooting and maintenance for the following aircraft fleet types:

- Boeing 777 (LR/ER)
- Boeing 767 200/300/400
- Boeing 757 200/300
- Airbus 330 200/300
- Airbus A350

In addition, Mutwakil held Designated Line Release Authority for the above aircraft, as well as additional qualifications, that made him a valuable member of the team. As a valuable member of my team, he was knowledgeable, thorough, and worked well with all members of line maintenance, aircraft customer support, above and below wing teams. Mutwakil Elhag is very knowledgeable, and will be an asset to any organization and the people that he works with.

Sincerely,

**Richard Espinoza**
**Station Manager Delta Air Lines**
**Aircraft Line Maintenance**
**Department 250**

**NORTHWEST**
A i R L I N E S

Department Number

Northwest Airlines, Inc.
5101 Northwest Drive
St. Paul MN 55111-3034

American Consular Cairo,

To Whom It May Concern:

My name is David Gochenour. I am a maintenance supervisor for Northwest Airlines in Minneapolis, Minnesota. I am writing this letter on behalf of one of my technicians that work for me.

Mutwakil M Elhag, employee # 261364, has been an employee of Northwest Airlines since 9-15-05. He is an aircraft technician that works for me on the flight line here in Minneapolis.

Over the past year, I have had the pleasure of getting to know Mutwakil on a personal level and have enjoyed having him as an employee. Mutwakil has proven to be a solid asset to our NWA maintenance team.

He is a loyal, dependable, hard working employee, whom I have come to rely on. He always does what is asked of him and never complains.

The purpose of this letter is not to brag about what a good employee Mutwakil is, but rather, to testify to his character and work ethics.

Mutwakil has been trying for sometime now, to bring his wife and son here to Minneapolis, to have his son medically treated for a physical disability in his arm. His previous requests for his family to return to the States for this purpose have been denied.

I would like to implore you to reconsider his request. Mutwakil is a dependable man and a man of integrity. His only wish is that he could bring his wife and son to Minneapolis together for treatment on his son's arm.

If I could be of any assistance in this matter, please feel free to contact me at 612-306-5533 or by email at david.gochenour@nwa.com

Thank You for your time and consideration in this matter.

Sincerely,

David Gochenour
MSP LMO Mgr
Northwest Airlines, Inc.
612-306-5533



# ▲ DELTA
# TechOps

**Don Mitacek**
Senior Vice President
Technical Operations

**Delta Air Lines, Inc.**
1775 M.H. Jackson Service Road
Dept 223
Atlanta, GA 30354-3743
T. +1 404 714 3362
don.mitacek@delta.com

February 13, 2015

MUTWAKIL ELHAG
018308800
1048 FLAT SHOALS RD
APT 608
COLLEGE PARK,GA 30349
ATL 252

Dear Mutwakil,

Your hard work helped Delta to not only achieve its goals – but to exceed them in 2014. We kept our eye on winning together and now, Delta's profit sharing payout is the biggest ever.

In addition to record profitability in 2014, Delta led the industry in operational reliability and customer satisfaction. Our stock became a top-20 performer in the SP 500 last year. Our airline is also the envy of the industry not just because of our performance, the pay and benefits we provide, but because of the Delta culture.

Visit the Self-Service portal to view your Profit Sharing Statement and to see your detailed payout information.

Staying on top is not easy and we have new goals ahead. There is always room for improvement and new mountains to climb, so, don't stop now!

Delta people are the best, and we can continue to achieve more than the industry or the world could ever imagine. We look forward to getting there together.

We thank you for being part of this culture, for your contributions to it and for keeping your back packs on.

**Here's to you, here's to the climb, and here's to another profitable year in 2015!**

Thank you again,



## Powell, Gene

| | |
|---|---|
| **To:** | Elhag, Mutwakil |
| **Cc:** | Garrett, Jim; Jackson, James |
| **Subject:** | Thank you, Ship 7108 |

Thank you, Ship 7108

Thank you for your recent effort in replacing the isolation valve in response to PME log 922083. The PME log was issued as a result of a prognostic alert received from the Airplane Health Management (AHM) program active on Delta's 777 fleet. Prognostic alerts provide Delta with the benefit of identifying degradation of certain parts prior to a Flight Deck Effect (FDE), log book write up or service interruption. This effectively changes the dynamic of maintenance from unscheduled to scheduled.

**AHM has confirmed that the aircraft has been repaired.**
Shop reported a **confirmed failure** of the removed part.

Your action has prevented a possible delay.

Gene Powell
Delta Air Lines
Sr. Technical Specialist
Predictive Technologies
404-714-5332 Office
404-345-3239 Cell



June 10, 2003

To whom it may concern:

This letter is to inform you that Mutwakil M Elhag (SSN 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) is currently employed with Trans States Airlines. Mr Elhag enjoys his job very much and has great respect for his fellow co-workers and the company. He is a pleasure to have on board. If you have any questions, please give me a call at 804-222-7411

Sincerely,

Kenneth F Adams, Maintenance Trainer
Trans States Airlines

March 28, 2000

Cub Foods Southdale
6775 York Avenue South
Edina, Mn 55435

Dear Mr. Elhag,

I wanted to write and express my gratitude in regards to the $200.00 error I
made when you were purchasing money orders. I greatly appreciate your
honesty in this situation and again want to extend my thanks. I have been
working in customer service for three years and have rarely seen honesty of
this nature.

THANK YOU VERY MUCH! I am enclosing a gift certificate for you to
use at our store on your next shopping trip—hope to see you soon!

Sincerely,

*Wanda Goenner*

Customer Service Manager
Wanda Goenner



7. Employee Protections: A mechanic we call Mutt (moot) was unjustly fired from Atlanta International line maintenance. Mutt was a hard worker and never gave anyone trouble. He has never been disciplined or written up and was always a pleasure to work with. This is a career Delta mechanic. Mutt is from Sudan, where his family is, and they are currently going through a civil war. He decided to leave the line room to take a personal phone call. By accident, Moot sat in an ACS (ramp) truck instead of a line truck. Inside of the truck was a small plush toy that he believed belonged to a mechanic.

He brought said plush toy back into the line room to ask around who it belonged to. All the while, the person who was using the ACS truck belonged to a head honcho ACS manager. Mutt brought the plush toy to his kids at home, since no one claimed it. Again, he believed he was in a line truck. Said ACS manager demanded he bring the toy back and escalated it to corporate security. He brought it back and was fired terminated on the spot on the basis of theft. We found the toy at hobby lobby for $4.

Local line management and our EIG (employee advocacy group) did NOTHING, absolutely fucking NOTHING to protect him. They let him go unjustly, not even at least written up. This has pushed many people over the edge. I know unions have a bad rep for protecting the lazy, but this could be any one of us. The line guys are walking on egg shells right now. Take a water bottle from the galley because you've been working your ass off and your thirsty? You could be terminated for theft. Grab a bag of coffee from the plane for the shift, because management never buys us coffee? You could be terminated for theft. Take a plush toy to your kids because you accidentally thought it belonged to a coworker and no one claimed

🔒 reddit.com



**Mark Whitford**
Station Manager – ATL 252

**Delta Air Lines, Inc.**
12700 Spine Rd. Gate E09.
Atlanta, GA 30354
Mobile: (770) 891-5610
Station Manager – ATL 252

DATE: **03/28/2024**

EMPLOYEE NAME: Mutwakil Elhag
PPR: 183088

As we have discussed, the decision has been made to terminate your employment. Your options are provided below with the associated deadlines.

You may resign in lieu of termination. Should you choose to resign, you must advise me of that decision within 24 hours of receipt of this letter. Your effective date of resignation would be retroactive to the date of this letter. If you do not inform me of your decision within 24 hours, your termination will be retroactive to the date of this letter.

If you have not already done so, please return to me all Delta property, company identification, access cards, airport access badges, keys, credit cards, parking permits, computer equipment, cell phone, etc.

Delta Health insurance information (COBRA) will be mailed to your address on file. As a reminder, Employee Assistance Program can be reached 24/7 at 800-533-6939.

Aligned with our Culture, you have options to appeal the decision to terminate your employment. Our division has the Conflict Resolution Process (CRP) which may be the avenue to explore. Some cases are not CRP eligible, so please contact your division's CRP Gatekeeper at CRP.Techops@delta.com for more information.

You may have the option to appeal the decision to terminate your employment. To be eligible to file an EO appeal, you must be employed with Delta for at least 180 days. EO appeals must be filed within 180 days from the date of separation from Delta. To request an EO appeal, complete the EO Appeal Intake Form (use link). Alternately, written appeal requests may be submitted to appeals.eo@delta.com; include a statement on why you wish to appeal your termination with new and critical facts to be considered, your employee number, email address, mailing address, and telephone number. Your EO appeal will be reviewed, and a written response will be sent to you. Questions about the EO appeal process may be directed to your HR Manager or to appeals.eo@delta.com.

Feel free to contact me directly at (404) 715-2149 if you have any questions.

Sincerely,

Mark Whitford
Station Manager – ATL 252

CC:      Employee File
         Kenneth Smith, HR Manager

 **DELTA**

**Jim Brimberry**
Manager – Equal
Opportunity and
Compliance

**Delta Air Lines, Inc.**
1020 Delta Boulevard
Atlanta, GA 30320
T. 404 714 1988
F. 404 677 5806
james.brimberry@delta.com

June 19, 2024

VIA EMAIL ONLY – Mutwakilelhag@yahoo.com

Dear Mutwakil Elhag,

A review has been conducted of the information you submitted and the circumstances surrounding
the termination of your employment. As you know, you began your employment with Delta on
September 15, 2005, and ended on March 29, 2024, when you were terminated from Delta.

In termination appeals, we consider the specific facts and circumstances which resulted in your
termination, the information you submitted on appeal, including the information you shared during
our phone conversation on May 10, 2024, your recent employment record, and the character
references you provided in the appeal. We also considered any new information provided during the
appeal process which was not known at the time of the decision to terminate employment.

As a result of our review, we have determined that the information provided did not support
overturning the decision to terminate your employment; therefore, your appeal has been denied.
Based on the reason(s) which led to your termination of employment, you are not eligible for future
employment with Delta or any Delta subsidiary. An appeal to a termination, which encompasses a
review of rehire eligibility status, is the final step in the process; therefore, we consider this matter
closed.

We wish you the best in your future endeavors.

Sincerely,

*Jim Brimberry*

Jim Brimberry

cc: Leah Gajria, General Manager – Equal Opportunity