# EXHIBIT 2

**CHARGE NUMBER**: 410-2024-11943

| Date | Event | Name |
|---|---|---|
| Tue Apr 08 11:10:47 EDT 2025 | Exported case data from Case Notes | MARCIA HAYMER |
| Tue Apr 08 11:10:37 EDT 2025 | Viewed Online Inquiry Report Information | MARCIA HAYMER |
| Thu Apr 03 13:30:53 EDT 2025 | FOIA Request 410-2025-009864 received. | Foia User |
| Thu Apr 03 11:16:24 EDT 2025 | FOIA Request 410-2025-009864 received. | Foia User |
| Wed Feb 12 11:03:57 EST 2025 | Uploaded Document. Type: Evidence Provided by Charging Party, FileName:Civil Action.pdf | AMBER SMARR |
| Tue Jan 28 14:37:00 EST 2025 | Downloaded Document. Type: Closure Notice/NRTS, FileName:2024-11-06 Closure Notice-NRTS - Elhag.pdf | ASHLEY HARPER |
| Wed Jan 22 13:34:04 EST 2025 | The Charging Party has Downloaded Document. Type: Closure Notice/NRTS, FileName:2024-11-06 Closure Notice-NRTS - Elhag.pdf | mutwakilelhag@yahoo.com |
| Wed Jan 22 13:33:41 EST 2025 | The Charging Party has Downloaded Document. Type: Correspondence To/From Charging Party, FileName:2024-11-06 DI Elhag.pdf | mutwakilelhag@yahoo.com |
| Wed Jan 22 13:32:40 EST 2025 | The Charging Party has Downloaded Document. Type: Correspondence To/From Charging Party, FileName:M. Elhag (Response).pdf | mutwakilelhag@yahoo.com |
| Wed Jan 22 10:38:15 EST 2025 | Emailed Mr. MUTWAKIL M. ELHAG at mutwakilelhag@yahoo.com that a new document is available to download. | Arcapp User |
| Wed Jan 22 10:38:14 EST 2025 | Correspondence To/From Charging Party (M. Elhag (Response).pdf) released | WILLIAM BATTS |
| Wed Jan 22 10:38:03 EST 2025 | Uploaded Document. Type: Correspondence To/From Charging Party, FileName:M. Elhag (Response).pdf | WILLIAM BATTS |
| Wed Jan 22 09:09:03 EST 2025 | Downloaded Document. Type: Closure Notice/NRTS, FileName:2024-11-06 Closure Notice-NRTS - Elhag.pdf | WILLIAM BATTS |
| Fri Jan 17 11:42:09 EST 2025 | General note added. Type:General and Non-Disclosable:No. | ALFREDA NEASMAN |

| Date | Event | Name |
|---|---|---|
| Fri Jan 17 11:39:38 EST 2025 | Downloaded Document. Type: Closure Notice/NRTS, FileName:2024-11-06 Closure Notice-NRTS - Elhag.pdf | ALFREDA NEASMAN |
| Tue Nov 19 15:27:49 EST 2024 | The Charging Party has Downloaded Document. Type: Charge of Discrimination, FileName:410-2024-11943_ChargeOfDiscrimination.pdf | mutwakilelhag@yahoo.com |
| Tue Nov 19 15:27:19 EST 2024 | The Charging Party has Downloaded Document. Type: Charge of Discrimination, FileName:410-2024-11943_ChargeOfDiscrimination.pdf | mutwakilelhag@yahoo.com |
| Tue Nov 19 15:19:44 EST 2024 | The Charging Party has Downloaded Document. Type: Correspondence To/From Charging Party, FileName:2024-08-15 Correspondence from CP Elhag.pdf | mutwakilelhag@yahoo.com |
| Tue Nov 19 15:19:20 EST 2024 | The Charging Party has Downloaded Document. Type: Charge of Discrimination, FileName:410-2024-11943_ChargeOfDiscrimination.pdf | mutwakilelhag@yahoo.com |
| Tue Nov 19 15:15:05 EST 2024 | The Charging Party has Downloaded Document. Type: Correspondence To/From Charging Party, FileName:2024-11-06 DI Elhag.pdf | mutwakilelhag@yahoo.com |
| Tue Nov 19 15:14:55 EST 2024 | The Charging Party has Downloaded Document. Type: Closure Notice/NRTS, FileName:2024-11-06 Closure Notice-NRTS - Elhag.pdf | mutwakilelhag@yahoo.com |
| Tue Nov 19 15:14:47 EST 2024 | The Charging Party has Downloaded Document. Type: Correspondence with Charging Party, FileName:2024-10-31 EEOC No. 410-2024-11943 Interview Confirmation CP Elhag.pdf | mutwakilelhag@yahoo.com |
| Tue Nov 19 15:14:33 EST 2024 | The Charging Party has Downloaded Document. Type: Correspondence with Charging Party, FileName:2024-10-21 EEOC No. 410-2024-11943 PS Release CP Elhag.pdf | mutwakilelhag@yahoo.com |
| Tue Nov 19 15:14:19 EST 2024 | The Charging Party has Downloaded Document. Type: Evidence Provided by Charging Party, FileName:410-2024-11943 Evidence.pdf | mutwakilelhag@yahoo.com |
| Tue Nov 19 15:14:00 EST 2024 | The Charging Party has Downloaded Document. Type: Position Statement Attachments-Non-Confidential, FileName:COMBINED ATTACHMENTS.pdf | mutwakilelhag@yahoo.com |
| Tue Nov 19 15:13:40 EST 2024 | The Charging Party has Downloaded Document. Type: Position Statement, FileName:Position Statement .pdf | mutwakilelhag@yahoo.com |
| Tue Nov 19 15:13:29 EST 2024 | The Charging Party has Downloaded Document. Type: Charging Party Confidentiality Agreement, | mutwakilelhag@yahoo.com |

| Date | Event | Name |
|---|---|---|
| | FileName:9205253_ConfidentialityAgreementSigned-CP(1).pdf | |
| Tue Nov 19 15:13:19 EST 2024 | The Charging Party has Downloaded Document. Type: Charging Party Agreement to Mediate, FileName:9205253_AgreementToMediateSigned-CP(1).pdf | mutwakilelhag@yahoo.com |
| Tue Nov 19 15:13:06 EST 2024 | The Charging Party has Downloaded Document. Type: Charging Party Confidentiality Agreement, FileName:9205253_ConfidentialityAgreementSigned-CP.pdf | mutwakilelhag@yahoo.com |
| Tue Nov 19 15:12:49 EST 2024 | The Charging Party has Downloaded Document. Type: Charging Party Agreement to Mediate, FileName:9205253_AgreementToMediateSigned-CP.pdf | mutwakilelhag@yahoo.com |
| Tue Nov 19 15:12:31 EST 2024 | The Charging Party has Downloaded Document. Type: Correspondence To/From Charging Party, FileName:2024-08-15 Correspondence from CP Elhag.pdf | mutwakilelhag@yahoo.com |
| Tue Nov 19 15:11:41 EST 2024 | The Charging Party has Downloaded Document. Type: Charge of Discrimination, FileName:410-2024-11943_ChargeOfDiscrimination.pdf | mutwakilelhag@yahoo.com |
| Tue Nov 19 15:08:28 EST 2024 | The Charging Party has Downloaded Document. Type: Correspondence To/From Charging Party, FileName:2024-11-06 DI Elhag.pdf | mutwakilelhag@yahoo.com |
| Tue Nov 19 15:08:19 EST 2024 | The Charging Party has Downloaded Document. Type: Closure Notice/NRTS, FileName:2024-11-06 Closure Notice-NRTS - Elhag.pdf | mutwakilelhag@yahoo.com |
| Tue Nov 19 15:08:07 EST 2024 | The Charging Party has Downloaded Document. Type: Correspondence with Charging Party, FileName:2024-10-31 EEOC No. 410-2024-11943 Interview Confirmation CP Elhag.pdf | mutwakilelhag@yahoo.com |
| Tue Nov 19 15:07:54 EST 2024 | The Charging Party has Downloaded Document. Type: Correspondence with Charging Party, FileName:2024-10-21 EEOC No. 410-2024-11943 PS Release CP Elhag.pdf | mutwakilelhag@yahoo.com |
| Tue Nov 19 15:07:38 EST 2024 | The Charging Party has Downloaded Document. Type: Evidence Provided by Charging Party, FileName:410-2024-11943 Evidence.pdf | mutwakilelhag@yahoo.com |
| Tue Nov 19 15:07:17 EST 2024 | The Charging Party has Downloaded Document. Type: Position Statement Attachments-Non-Confidential, FileName:COMBINED ATTACHMENTS.pdf | mutwakilelhag@yahoo.com |

| Date | Event | Name |
|---|---|---|
| Tue Nov 19 15:07:00 EST 2024 | The Charging Party has Downloaded Document. Type: Position Statement, FileName:Position Statement .pdf | mutwakilelhag@yahoo.com |
| Tue Nov 19 15:06:45 EST 2024 | The Charging Party has Downloaded Document. Type: Charging Party Confidentiality Agreement, FileName:9205253_ConfidentialityAgreementSigned-CP(1).pdf | mutwakilelhag@yahoo.com |
| Tue Nov 19 15:06:24 EST 2024 | The Charging Party has Downloaded Document. Type: Charging Party Agreement to Mediate, FileName:9205253_AgreementToMediateSigned-CP(1).pdf | mutwakilelhag@yahoo.com |
| Tue Nov 19 15:05:56 EST 2024 | The Charging Party has Downloaded Document. Type: Charging Party Confidentiality Agreement, FileName:9205253_ConfidentialityAgreementSigned-CP.pdf | mutwakilelhag@yahoo.com |
| Tue Nov 19 15:05:42 EST 2024 | The Charging Party has Downloaded Document. Type: Charging Party Agreement to Mediate, FileName:9205253_AgreementToMediateSigned-CP.pdf | mutwakilelhag@yahoo.com |
| Tue Nov 19 15:05:30 EST 2024 | The Charging Party has Downloaded Document. Type: Correspondence To/From Charging Party, FileName:2024-08-15 Correspondence from CP Elhag.pdf | mutwakilelhag@yahoo.com |
| Tue Nov 19 15:04:55 EST 2024 | The Charging Party has Downloaded Document. Type: Charge of Discrimination, FileName:410-2024-11943_ChargeOfDiscrimination.pdf | mutwakilelhag@yahoo.com |
| Tue Nov 19 15:03:52 EST 2024 | The Charging Party has Downloaded Document. Type: Charge of Discrimination, FileName:410-2024-11943_ChargeOfDiscrimination.pdf | mutwakilelhag@yahoo.com |
| Tue Nov 19 14:50:17 EST 2024 | The Charging Party has Downloaded Document. Type: Correspondence To/From Charging Party, FileName:2024-11-06 DI Elhag.pdf | mutwakilelhag@yahoo.com |
| Tue Nov 19 14:50:09 EST 2024 | The Charging Party has Downloaded Document. Type: Closure Notice/NRTS, FileName:2024-11-06 Closure Notice-NRTS - Elhag.pdf | mutwakilelhag@yahoo.com |
| Tue Nov 19 14:50:00 EST 2024 | The Charging Party has Downloaded Document. Type: Correspondence with Charging Party, FileName:2024-10-31 EEOC No. 410-2024-11943 Interview Confirmation CP Elhag.pdf | mutwakilelhag@yahoo.com |
| Tue Nov 19 14:49:46 EST 2024 | The Charging Party has Downloaded Document. Type: Evidence Provided by Charging Party, FileName:410-2024-11943 Evidence.pdf | mutwakilelhag@yahoo.com |

| Date | Event | Name |
|---|---|---|
| Tue Nov 19 14:49:30 EST 2024 | The Charging Party has Downloaded Document. Type: Position Statement Attachments-Non-Confidential, FileName:COMBINED ATTACHMENTS.pdf | mutwakilelhag@yahoo.com |
| Tue Nov 19 14:49:20 EST 2024 | The Charging Party has Downloaded Document. Type: Position Statement, FileName:Position Statement .pdf | mutwakilelhag@yahoo.com |
| Tue Nov 19 14:49:11 EST 2024 | The Charging Party has Downloaded Document. Type: Charging Party Confidentiality Agreement, FileName:9205253_ConfidentialityAgreementSigned-CP(1).pdf | mutwakilelhag@yahoo.com |
| Tue Nov 19 14:49:02 EST 2024 | The Charging Party has Downloaded Document. Type: Charging Party Agreement to Mediate, FileName:9205253_AgreementToMediateSigned-CP(1).pdf | mutwakilelhag@yahoo.com |
| Tue Nov 19 14:48:54 EST 2024 | The Charging Party has Downloaded Document. Type: Charging Party Confidentiality Agreement, FileName:9205253_ConfidentialityAgreementSigned-CP.pdf | mutwakilelhag@yahoo.com |
| Tue Nov 19 14:48:43 EST 2024 | The Charging Party has Downloaded Document. Type: Charging Party Agreement to Mediate, FileName:9205253_AgreementToMediateSigned-CP.pdf | mutwakilelhag@yahoo.com |
| Tue Nov 19 14:48:24 EST 2024 | The Charging Party has Downloaded Document. Type: Correspondence To/From Charging Party, FileName:2024-08-15 Correspondence from CP Elhag.pdf | mutwakilelhag@yahoo.com |
| Tue Nov 19 14:47:42 EST 2024 | The Charging Party has Downloaded Document. Type: Charge of Discrimination, FileName:410-2024-11943_ChargeOfDiscrimination.pdf | mutwakilelhag@yahoo.com |
| Tue Nov 19 13:19:49 EST 2024 | The Charging Party has Downloaded Document. Type: Correspondence To/From Charging Party, FileName:2024-11-06 DI Elhag.pdf | mutwakilelhag@yahoo.com |
| Fri Nov 15 23:03:26 EST 2024 | Reminder email sent to Mr. MUTWAKIL M. ELHAG at mutwakilelhag@yahoo.com that Closure Notice/NRTS document is available to download. | Arcapp User |
| Thu Nov 07 15:02:41 EST 2024 | The Charging Party has Downloaded Document. Type: Closure Notice/NRTS, FileName:2024-11-06 Closure Notice-NRTS - Elhag.pdf | mutwakilelhag@yahoo.com |
| Thu Nov 07 15:00:54 EST 2024 | The Charging Party has Downloaded Document. Type: Correspondence To/From Charging Party, FileName:2024-11-06 DI Elhag.pdf | mutwakilelhag@yahoo.com |

| Date | Event | Name |
|---|---|---|
| Thu Nov 07 14:49:11 EST 2024 | Downloaded Document. Type: Closure Notice/NRTS, FileName:2024-11-06 Closure Notice-NRTS - Elhag.pdf | Respondentportal User |
| Thu Nov 07 14:49:07 EST 2024 | No Action is required from you at this time. | Respondentportal User |
| Thu Nov 07 14:49:05 EST 2024 | Respondent logged in | Respondentportal User |
| Thu Nov 07 14:47:47 EST 2024 | Downloaded Document. Type: Closure Notice/NRTS, FileName:2024-11-06 Closure Notice-NRTS - Elhag.pdf | DERICK NEWTON |
| Thu Nov 07 14:47:42 EST 2024 | Emailed Mr. MUTWAKIL M. ELHAG at mutwakilelhag@yahoo.com that a new document is available to download. | Arcapp User |
| Thu Nov 07 14:47:41 EST 2024 | Correspondence To/From Charging Party (2024-11-06 DI Elhag.pdf) released | DERICK NEWTON |
| Thu Nov 07 14:47:30 EST 2024 | Emailed Kathleen Mones at kmones@moneslaw.com that a new document is available to download. | Arcapp User |
| Thu Nov 07 14:47:30 EST 2024 | Emailed Erin Harris at erin.harris@delta.com that a new document is available to download. | Arcapp User |
| Thu Nov 07 14:47:29 EST 2024 | Emailed Mr. MUTWAKIL M. ELHAG at mutwakilelhag@yahoo.com that a new document is available to download. | Arcapp User |
| Thu Nov 07 14:47:29 EST 2024 | Closure Notice/NRTS (2024-11-06 Closure Notice-NRTS - Elhag.pdf) released | DERICK NEWTON |
| Thu Nov 07 14:47:26 EST 2024 | Case status changed from Investigation to Charge Closed. | DERICK NEWTON |
| Thu Nov 07 14:47:26 EST 2024 | Charge has been closed with reason No Cause Finding with closure date 11/07/2024. | DERICK NEWTON |
| Thu Nov 07 14:47:26 EST 2024 | Closure Supervisor review approved. | DERICK NEWTON |
| Thu Nov 07 14:44:39 EST 2024 | Downloaded Document. Type: Position Statement, FileName:Position Statement .pdf | DERICK NEWTON |
| Thu Nov 07 11:30:12 EST 2024 | The Charging Party has Downloaded Document. Type: Correspondence with Charging Party, FileName:2024-10-21 EEOC No. 410-2024-11943 PS Release CP Elhag.pdf | mutwakilelhag@yahoo.com |
| Thu Nov 07 11:29:51 EST 2024 | The Charging Party has Downloaded Document. Type: Correspondence with Charging Party, FileName:2024- | mutwakilelhag@yahoo.com |

| Date | Event | Name |
|---|---|---|
| | 10-31 EEOC No. 410-2024-11943 Interview Confirmation CP Elhag.pdf | |
| Thu Nov 07 11:29:26 EST 2024 | The Charging Party has Downloaded Document. Type: Correspondence with Charging Party, FileName:2024-10-31 EEOC No. 410-2024-11943 Interview Confirmation CP Elhag.pdf | mutwakilelhag@yahoo.com |
| Thu Nov 07 11:29:13 EST 2024 | The Charging Party has Downloaded Document. Type: Charging Party Confidentiality Agreement, FileName:9205253_ConfidentialityAgreementSigned-CP(1).pdf | mutwakilelhag@yahoo.com |
| Thu Nov 07 11:28:34 EST 2024 | The Charging Party has Downloaded Document. Type: Position Statement, FileName:Position Statement .pdf | mutwakilelhag@yahoo.com |
| Thu Nov 07 11:28:08 EST 2024 | The Charging Party has Downloaded Document. Type: Charging Party Confidentiality Agreement, FileName:9205253_ConfidentialityAgreementSigned-CP(1).pdf | mutwakilelhag@yahoo.com |
| Thu Nov 07 11:27:45 EST 2024 | The Charging Party has Downloaded Document. Type: Charging Party Agreement to Mediate, FileName:9205253_AgreementToMediateSigned-CP(1).pdf | mutwakilelhag@yahoo.com |
| Thu Nov 07 11:27:22 EST 2024 | The Charging Party has Downloaded Document. Type: Charging Party Confidentiality Agreement, FileName:9205253_ConfidentialityAgreementSigned-CP.pdf | mutwakilelhag@yahoo.com |
| Thu Nov 07 11:26:48 EST 2024 | The Charging Party has Downloaded Document. Type: Charging Party Confidentiality Agreement, FileName:9205253_ConfidentialityAgreementSigned-CP.pdf | mutwakilelhag@yahoo.com |
| Thu Nov 07 11:25:56 EST 2024 | The Charging Party has Downloaded Document. Type: Position Statement, FileName:Position Statement .pdf | mutwakilelhag@yahoo.com |
| Thu Nov 07 11:25:36 EST 2024 | The Charging Party has Downloaded Document. Type: Position Statement Attachments-Non-Confidential, FileName:COMBINED ATTACHMENTS.pdf | mutwakilelhag@yahoo.com |
| Thu Nov 07 11:25:21 EST 2024 | The Charging Party has Downloaded Document. Type: Evidence Provided by Charging Party, FileName:410-2024-11943 Evidence.pdf | mutwakilelhag@yahoo.com |
| Wed Nov 06 13:38:08 EST 2024 | The Charging Party has Downloaded Document. Type: Correspondence with Charging Party, FileName:2024-10-31 EEOC No. 410-2024-11943 Interview Confirmation CP Elhag.pdf | mutwakilelhag@yahoo.com |
| Wed Nov 06 13:37:48 EST 2024 | The Charging Party has Downloaded Document. Type: Correspondence with Charging Party, FileName:2024- | mutwakilelhag@yahoo.com |

| Date | Event | Name |
|---|---|---|
| | 10-31 EEOC No. 410-2024-11943 Interview Confirmation CP Elhag.pdf | |
| Wed Nov 06 11:42:21 EST 2024 | Assigned to DERICK NEWTON for Supervisor Closure review with comments: (b) (5) ▮▮▮▮ | ASHLEY HARPER |
| Wed Nov 06 11:42:06 EST 2024 | Supporting Details for recommended charge closure added: (b) (5) ▮▮▮▮ | ASHLEY HARPER |
| Wed Nov 06 11:42:06 EST 2024 | Charge recommended for (b) (5) ▮▮ closure. | ASHLEY HARPER |
| Wed Nov 06 11:40:10 EST 2024 | ADEA Age Discharge closed with No Cause Finding | ASHLEY HARPER |
| Wed Nov 06 11:40:10 EST 2024 | Title VII Race-Black/African American Suspension closed with No Cause Finding | ASHLEY HARPER |
| Wed Nov 06 11:40:10 EST 2024 | Title VII National Origin-Other Suspension closed with No Cause Finding | ASHLEY HARPER |
| Wed Nov 06 11:40:10 EST 2024 | Title VII Religion-Muslim Discharge closed with No Cause Finding | ASHLEY HARPER |
| Wed Nov 06 11:40:10 EST 2024 | Title VII Race-Black/African American Discharge closed with No Cause Finding | ASHLEY HARPER |
| Wed Nov 06 11:40:10 EST 2024 | ADEA Age Suspension closed with No Cause Finding | ASHLEY HARPER |
| Wed Nov 06 11:40:10 EST 2024 | Title VII Religion-Muslim Suspension closed with No Cause Finding | ASHLEY HARPER |
| Wed Nov 06 11:40:10 EST 2024 | Title VII National Origin-Other Discharge closed with No Cause Finding | ASHLEY HARPER |
| Wed Nov 06 11:38:03 EST 2024 | Uploaded Document. Type: Correspondence To/From Charging Party, FileName:2024-11-06 DI Elhag.pdf | ASHLEY HARPER |
| Wed Nov 06 11:38:01 EST 2024 | Uploaded Document. Type: Closure Notice/NRTS, FileName:2024-11-06 Closure Notice-NRTS - Elhag.pdf | ASHLEY HARPER |
| Wed Nov 06 11:31:21 EST 2024 | Generated Document. Type: Closure Notice/NRTS, FileName:410-2024-11943_Closure Notice/NRTS.pdf | ASHLEY HARPER |
| Wed Nov 06 11:30:38 EST 2024 | Uploaded Document. Type: Correspondence with Charging Party, FileName:2024-10-31 EEOC No. 410-2024-11943 Interview Confirmation CP Elhag.pdf | ASHLEY HARPER |

| Date | Event | Name |
|---|---|---|
| Wed Nov 06 11:26:59 EST 2024 | General note added. Type:General and Non-Disclosable:Yes. | ASHLEY HARPER |
| Tue Nov 05 12:29:54 EST 2024 | The Charging Party has Downloaded Document. Type: Position Statement, FileName:Position Statement .pdf | mutwakilelhag@yahoo.com |
| Tue Nov 05 12:29:31 EST 2024 | The Charging Party has Downloaded Document. Type: Correspondence with Charging Party, FileName:2024-10-21 EEOC No. 410-2024-11943 PS Release CP Elhag.pdf | mutwakilelhag@yahoo.com |
| Tue Nov 05 12:28:43 EST 2024 | The Charging Party has Downloaded Document. Type: Position Statement Attachments-Non-Confidential, FileName:COMBINED ATTACHMENTS.pdf | mutwakilelhag@yahoo.com |
| Tue Nov 05 12:28:14 EST 2024 | The Charging Party has Downloaded Document. Type: Evidence Provided by Charging Party, FileName:410-2024-11943 Evidence.pdf | mutwakilelhag@yahoo.com |
| Mon Oct 21 16:11:16 EDT 2024 | Uploaded Document. Type: Correspondence with Charging Party, FileName:2024-10-21 EEOC No. 410-2024-11943 PS Release CP Elhag.pdf | ASHLEY HARPER |
| Mon Oct 21 15:46:20 EDT 2024 | Downloaded Document. Type: Evidence Provided by Charging Party, FileName:410-2024-11943 Evidence.pdf | ASHLEY HARPER |
| Mon Oct 21 15:46:16 EDT 2024 | Downloaded Document. Type: Position Statement Attachments-Non-Confidential, FileName:COMBINED ATTACHMENTS.pdf | ASHLEY HARPER |
| Mon Oct 21 15:46:12 EDT 2024 | Downloaded Document. Type: Position Statement, FileName:Position Statement .pdf | ASHLEY HARPER |
| Mon Oct 21 15:46:08 EDT 2024 | Downloaded Document. Type: Charge of Discrimination, FileName:410-2024-11943_ChargeOfDiscrimination.pdf | ASHLEY HARPER |
| Mon Oct 21 15:42:30 EDT 2024 | Charge assignee ASHLEY HARPER (INVESTIGATOR) viewed charge details. | ASHLEY HARPER |
| Fri Oct 11 10:45:02 EDT 2024 | The Charging Party has Downloaded Document. Type: Position Statement, FileName:Position Statement .pdf | mutwakilelhag@yahoo.com |
| Thu Oct 10 15:08:53 EDT 2024 | Uploaded Document. Type: Evidence Provided by Charging Party, FileName:410-2024-11943 Evidence.pdf | AMBER SMARR |
| Thu Oct 10 15:06:00 EDT 2024 | The Charging Party has Downloaded Document. Type: Position Statement, FileName:Position Statement .pdf | mutwakilelhag@yahoo.com |
| Thu Oct 10 15:00:58 EDT 2024 | The Charging Party has Downloaded Document. Type: Position Statement, FileName:Position Statement .pdf | mutwakilelhag@yahoo.com |

| Date | Event | Name |
|---|---|---|
| Thu Oct 10 11:32:51 EDT 2024 | ASHLEY HARPER designated as the primary assignee | AMBER SMARR |
| Thu Oct 10 11:32:51 EDT 2024 | Unassigned AMBER SMARR (OFFICE AUTOMATION ASSISTANT) | AMBER SMARR |
| Thu Oct 10 11:32:27 EDT 2024 | Emailed Mr. MUTWAKIL M. ELHAG at mutwakilelhag@yahoo.com that a new document is available to download. | Arcapp User |
| Thu Oct 10 11:32:27 EDT 2024 | Position Statement Attachments-Non-Confidential (COMBINED ATTACHMENTS.pdf) released | AMBER SMARR |
| Thu Oct 10 11:32:24 EDT 2024 | Emailed Mr. MUTWAKIL M. ELHAG at mutwakilelhag@yahoo.com that a new document is available to download. | Arcapp User |
| Thu Oct 10 11:32:23 EDT 2024 | Position Statement (Position Statement .pdf) released | AMBER SMARR |
| Mon Oct 07 10:22:18 EDT 2024 | Uploaded Document. Type: Position Statement Attachments-Non-Confidential, FileName:COMBINED ATTACHMENTS.pdf | Respondentportal User |
| Mon Oct 07 10:22:17 EDT 2024 | Emailed Mr. MUTWAKIL M. ELHAG at mutwakilelhag@yahoo.com that a new document is available to download. | Arcapp User |
| Mon Oct 07 10:22:16 EDT 2024 | Position Statement received from Respondent on 10/07/2024 10:22:16 | Respondentportal User |
| Mon Oct 07 10:22:16 EDT 2024 | Uploaded Document. Type: Position Statement, FileName:Position Statement .pdf | Respondentportal User |
| Mon Oct 07 10:20:14 EDT 2024 | Please provide a statement of your position on the issues covered in the charge and any defenses, with any supporting evidence by October 18, 2024. For guidance on how to best prepare your Position Statement, please review Effective Position Statements, The EEOC encourages you to raise in your position statement any factual or legal defenses that you believe are applicable. The EEOC carefully evaluates any asserted defenses, including those based on religion, status as a Tribal entity or bona fide private membership club, or other defenses at any time during the EEOC?s administrative process. You may be notified at a later date to respond to a Request for Information | Respondentportal User |
| Mon Oct 07 10:20:13 EDT 2024 | Respondent logged in | Respondentportal User |

| Date | Event | Name |
|---|---|---|
| Mon Oct 07 09:21:29 EDT 2024 | Charge assignee AMBER SMARR (OFFICE AUTOMATION ASSISTANT) viewed charge details. | AMBER SMARR |
| Thu Oct 03 11:29:10 EDT 2024 | Assigned AMBER SMARR (OFFICE AUTOMATION ASSISTANT) | JOSEPH JONES |
| Thu Oct 03 11:29:10 EDT 2024 | Notice of revised Position Statement Due Date emailed to kmones@moneslaw.com | JOSEPH JONES |
| Thu Oct 03 11:29:10 EDT 2024 | Notice of revised Position Statement Due Date emailed to erin.harris@delta.com | JOSEPH JONES |
| Thu Oct 03 11:29:10 EDT 2024 | Supplemental Position Statement Due Date changed to 10/18/2024 11:29:10 | JOSEPH JONES |
| Thu Oct 03 11:29:10 EDT 2024 | Case status changed from Charge is no longer eligible for ADR to Investigation. | JOSEPH JONES |
| Thu Oct 03 11:29:10 EDT 2024 | Unassigned ADR Representative JOSEPH JONES (MEDIATOR) | JOSEPH JONES |
| Thu Oct 03 11:29:10 EDT 2024 | Emailed Kathleen Mones at kmones@moneslaw.com that a new activity is posted. | JOSEPH JONES |
| Thu Oct 03 11:29:10 EDT 2024 | Emailed Erin Harris at erin.harris@delta.com that a new activity is posted. | JOSEPH JONES |
| Thu Oct 03 11:29:10 EDT 2024 | Case status changed from Charge is eligible for ADR to Charge is no longer eligible for ADR. | JOSEPH JONES |
| Wed Oct 02 06:21:21 EDT 2024 | GENERAL note deleted. Type:ADR. | JOSEPH JONES |
| Wed Oct 02 06:21:14 EDT 2024 | GENERAL note deleted. Type:ADR. | JOSEPH JONES |
| Fri Sep 27 20:30:32 EDT 2024 | Uploaded Document. Type: Charging Party Confidentiality Agreement, FileName:9205253_ConfidentialityAgreementSigned-CP(1).pdf | Publicportal User |
| Fri Sep 27 20:30:32 EDT 2024 | Generated Document. Type: Charging Party Confidentiality Agreement, FileName:9205253_ConfidentialityAgreementSigned-CP.pdf | mutwakilelhag@yahoo.com |
| Fri Sep 27 20:30:31 EDT 2024 | Uploaded Document. Type: Charging Party Agreement to Mediate, FileName:9205253_AgreementToMediateSigned-CP(1).pdf | Publicportal User |
| Fri Sep 27 20:30:30 EDT 2024 | Generated Document. Type: Charging Party Agreement to Mediate, | mutwakilelhag@yahoo.com |

| Date | Event | Name |
|---|---|---|
| | FileName:9205253_AgreementToMediateSigned-CP.pdf | |
| Fri Sep 27 09:27:06 EDT 2024 | Added Respondent Legal Representative. | Respondentportal User |
| Fri Sep 27 09:26:52 EDT 2024 | Respondent mediation reply: Declined | Respondentportal User |
| Fri Sep 27 09:26:46 EDT 2024 | Please select a response to the Mediation Offer on this page by September 25, 2024. If you choose ?No?, please provide a statement of your position on the issues covered in the charge and any defenses, with any supporting evidence by September 18, 2024.For guidance on how to best prepare your Position Statement, please review Effective Position Statements, The EEOC encourages you to raise in your position statement any factual or legal defenses that you believe are applicable. The EEOC carefully evaluates any asserted defenses, including those based on religion, status as a Tribal entity or bona fide private membership club, or other defenses at any time during the EEOC?s administrative process. You may be notified at a later date to respond to a Request for Information | Respondentportal User |
| Fri Sep 27 09:26:45 EDT 2024 | Respondent logged in | Respondentportal User |
| Fri Sep 27 09:26:37 EDT 2024 | Respondent password changed | Respondentportal User |
| Fri Sep 27 09:21:02 EDT 2024 | GENERAL note added. Type:ADR and Non-Disclosable:No. | JOSEPH JONES |
| Wed Sep 11 09:09:19 EDT 2024 | Changed Mediation Response Due date from 09/03/2024 to 09/25/2024. | JOSEPH JONES |
| Wed Sep 11 09:09:06 EDT 2024 | GENERAL note updated. Type:ADR. | JOSEPH JONES |
| Wed Sep 11 09:06:02 EDT 2024 | Downloaded Document. Type: Charge of Discrimination, FileName:410-2024-11943_ChargeOfDiscrimination.pdf | JOSEPH JONES |
| Wed Sep 11 09:06:01 EDT 2024 | Downloaded Document. Type: Notice of Charge, FileName:410-2024-11943_NoticeOfChargeOfDiscrimination.pdf | JOSEPH JONES |
| Wed Sep 11 07:02:54 EDT 2024 | GENERAL note added. Type:ADR and Non-Disclosable:No. | JOSEPH JONES |
| Mon Sep 02 09:32:04 EDT 2024 | Uploaded Document. Type: Charging Party Confidentiality Agreement, | Publicportal User |

| Date | Event | Name |
|---|---|---|
| | FileName:9205253_ConfidentialityAgreementSigned-CP.pdf | |
| Mon Sep 02 09:32:04 EDT 2024 | Generated Document. Type: Charging Party Confidentiality Agreement, FileName:9205253_ConfidentialityAgreementSigned-CP.pdf | mutwakilelhag@yahoo.com |
| Mon Sep 02 09:32:02 EDT 2024 | Uploaded Document. Type: Charging Party Agreement to Mediate, FileName:9205253_AgreementToMediateSigned-CP.pdf | Publicportal User |
| Mon Sep 02 09:32:02 EDT 2024 | Generated Document. Type: Charging Party Agreement to Mediate, FileName:9205253_AgreementToMediateSigned-CP.pdf | mutwakilelhag@yahoo.com |
| Thu Aug 29 15:07:31 EDT 2024 | Charge assignee JOSEPH JONES (MEDIATOR) viewed charge details. | JOSEPH JONES |
| Mon Aug 19 11:43:07 EDT 2024 | Charging Party mediation reply: Accepted | mutwakilelhag@yahoo.com |
| Mon Aug 19 09:12:48 EDT 2024 | JOSEPH JONES designated as the primary assignee | DERICK NEWTON |
| Mon Aug 19 09:12:48 EDT 2024 | ALICIA WILLIAMS removed as the primary assignee | DERICK NEWTON |
| Mon Aug 19 09:12:31 EDT 2024 | Emailed Mr. MUTWAKIL M. ELHAG at mutwakilelhag@yahoo.com that the charge is Eligible for Mediation. | DERICK NEWTON |
| Mon Aug 19 09:12:31 EDT 2024 | Emailed Erin Harris at erin.harris@delta.com that a new activity is posted. | DERICK NEWTON |
| Mon Aug 19 09:12:31 EDT 2024 | Case status changed from Charge Filed to Charge is eligible for ADR. | DERICK NEWTON |
| Mon Aug 19 09:12:31 EDT 2024 | Added Mediation Response Due date 09/03/2024. | DERICK NEWTON |
| Mon Aug 19 09:12:17 EDT 2024 | Emailed Erin Harris at erin.harris@delta.com that charge has been perfected | DERICK NEWTON |
| Mon Aug 19 09:12:16 EDT 2024 | Uploaded Document. Type: Notice of Charge, FileName:410-2024-11943_NoticeOfChargeOfDiscrimination.pdf | DERICK NEWTON |
| Mon Aug 19 09:12:14 EDT 2024 | Generated Document. Type: Notice of Charge, FileName:410-2024-11943_NoticeOfChargeOfDiscrimination.pdf | DERICK NEWTON |

| Date | Event | Name |
|---|---|---|
| Mon Aug 19 09:12:12 EDT 2024 | PCHP Supervisor review approved. | DERICK NEWTON |
| Mon Aug 19 09:11:41 EDT 2024 | Downloaded Document. Type: Charge of Discrimination, FileName:410-2024-11943_ChargeOfDiscrimination.pdf | DERICK NEWTON |
| Thu Aug 15 15:38:09 EDT 2024 | Assigned to DERICK NEWTON for Supervisor PCHP review with comments: (b) (5) ▮▮▮▮▮ | ALICIA NEWSOME |
| Thu Aug 15 15:37:26 EDT 2024 | Added Respondent Contact Information. | ALICIA NEWSOME |
| Thu Aug 15 15:30:51 EDT 2024 | Added Processing Category Factor (b) (5) ▮▮▮ | ALICIA NEWSOME |
| Thu Aug 15 15:30:51 EDT 2024 | Added DCP priority No DCP area currently identified to assessment | ALICIA NEWSOME |
| Thu Aug 15 15:30:51 EDT 2024 | Added TOPIC No Topic currently identified to assessment | ALICIA NEWSOME |
| Thu Aug 15 15:30:51 EDT 2024 | Added Processing Category Factor (b) (5) ▮▮▮ | ALICIA NEWSOME |
| Thu Aug 15 15:30:51 EDT 2024 | Added SEP priority No SEP area currently identified to assessment | ALICIA NEWSOME |
| Thu Aug 15 15:30:51 EDT 2024 | Added PCHP Category PCHP Assessment to assessment. | ALICIA NEWSOME |
| Thu Aug 15 15:30:51 EDT 2024 | Processing category (b) (5) ▮▮▮▮ | ALICIA NEWSOME |
| Thu Aug 15 15:30:51 EDT 2024 | Processing Category (b) (5) ▮▮ | ALICIA NEWSOME |
| Thu Aug 15 15:22:42 EDT 2024 | Emailed Mr. MUTWAKIL M. ELHAG at mutwakilelhag@yahoo.com that a new document is available to download. | Arcapp User |
| Thu Aug 15 15:22:41 EDT 2024 | Correspondence To/From Charging Party (2024-08-15 Correspondence from CP Elhag.pdf) released | ALICIA NEWSOME |

| Date | Event | Name |
|---|---|---|
| Thu Aug 15 15:22:32 EDT 2024 | Uploaded Document. Type: Correspondence To/From Charging Party, FileName:2024-08-15 Correspondence from CP Elhag.pdf | ALICIA NEWSOME |
| Thu Aug 15 10:08:13 EDT 2024 | Emailed Mr. MUTWAKIL M. ELHAG at mutwakilelhag@yahoo.com that charge has been Filed | Arcapp User |
| Thu Aug 15 10:08:13 EDT 2024 | Uploaded Document. Type: Charge of Discrimination, FileName:410-2024-11943_ChargeOfDiscrimination.pdf | Arcapp User |
| Thu Aug 15 10:08:13 EDT 2024 | Case status changed from Charge Prepared to Charge Filed. | Arcapp User |
| Thu Aug 15 10:08:13 EDT 2024 | A charge is formalized | Arcapp User |
| Thu Aug 15 10:08:13 EDT 2024 | Added Charge Particulars - Formalized | Arcapp User |
| Thu Aug 15 10:08:10 EDT 2024 | Charging Party signed Charge of Discrimination. | mutwakilelhag@yahoo.com |
| Thu Aug 15 10:06:18 EDT 2024 | The Charging Party has Downloaded Document. Type: Charge of Discrimination- Draft, FileName:410-2024-11943_ChargeOfDiscrimination-Draft.pdf | Publicportal User |
| Thu Aug 15 10:06:01 EDT 2024 | PP user confirms that the Preservation of Evidence has been reviewed | mutwakilelhag@yahoo.com |
| Thu Aug 15 09:58:17 EDT 2024 | Sent to Charging Party For Review | ALICIA NEWSOME |
| Thu Aug 15 09:58:17 EDT 2024 | Document properties have been updated. Type: Charge of Discrimination- Draft, FileName:410-2024-11943_ChargeOfDiscrimination-Draft.pdf, Reason:NA | ALICIA NEWSOME |
| Thu Aug 15 09:58:14 EDT 2024 | Generated Document. Type: Charge of Discrimination- Draft, FileName:410-2024-11943_ChargeOfDiscrimination-Draft.pdf | ALICIA NEWSOME |
| Thu Aug 15 09:57:58 EDT 2024 | Uploaded Document. Type: Charge of Discrimination- Draft, FileName:410-2024-11943_ChargeOfDiscrimination-Draft.pdf | ALICIA NEWSOME |
| Thu Aug 15 09:57:56 EDT 2024 | Generated Document. Type: Charge of Discrimination- Draft, FileName:410-2024-11943_ChargeOfDiscrimination-Draft.pdf | ALICIA NEWSOME |
| Thu Aug 15 09:57:56 EDT 2024 | Case status changed from Inquiry Submitted to Charge Prepared. | ALICIA NEWSOME |

| Date | Event | Name |
|---|---|---|
| Thu Aug 15 09:57:56 EDT 2024 | Prepared Charge of Discrimination for review, signature | ALICIA NEWSOME |
| Thu Aug 15 09:57:56 EDT 2024 | Removed the Receiving Office Intent :Investigate Charge | ALICIA NEWSOME |
| Thu Aug 15 09:57:56 EDT 2024 | Updated the Deferral Office :Not Applicable | ALICIA NEWSOME |
| Thu Aug 15 09:57:48 EDT 2024 | Identified Accountable Office Intent as Investigate Charge | ALICIA NEWSOME |
| Thu Aug 15 09:57:48 EDT 2024 | Selected Deferral Office: Not Applicable | ALICIA NEWSOME |
| Thu Aug 15 09:57:48 EDT 2024 | Added Charge Particulars - Draft | ALICIA NEWSOME |
| Thu Aug 15 09:56:13 EDT 2024 | Intake Interview note added. Type:Intake Interview and Non-Disclosable:No. | ALICIA NEWSOME |
| Thu Aug 15 09:51:14 EDT 2024 | Allegation ADEA Age Suspension added to case | ALICIA NEWSOME |
| Thu Aug 15 09:51:14 EDT 2024 | Allegation ADEA Age Discharge added to case | ALICIA NEWSOME |
| Thu Aug 15 09:51:14 EDT 2024 | Allegation Title VII National Origin-Other Discharge added to case | ALICIA NEWSOME |
| Thu Aug 15 09:51:14 EDT 2024 | Allegation Title VII Race-Black/African American Discharge added to case | ALICIA NEWSOME |
| Thu Aug 15 09:51:14 EDT 2024 | Allegation Title VII National Origin-Other Suspension added to case | ALICIA NEWSOME |
| Thu Aug 15 09:51:14 EDT 2024 | Allegation Title VII Religion-Muslim Discharge added to case | ALICIA NEWSOME |
| Thu Aug 15 09:51:14 EDT 2024 | Allegation Title VII Race-Black/African American Suspension added to case | ALICIA NEWSOME |
| Thu Aug 15 09:51:14 EDT 2024 | Allegation Title VII Religion-Muslim Suspension added to case | ALICIA NEWSOME |
| Thu Aug 15 09:33:48 EDT 2024 | Respondent phone added as (404) 714-1988 | ALICIA NEWSOME |
| Thu Aug 15 09:33:48 EDT 2024 | Respondent numberOfEmployees added as 501+ Employees | ALICIA NEWSOME |
| Thu Aug 15 09:33:48 EDT 2024 | Respondent name changed to Delta Airlines | ALICIA NEWSOME |

| Date | Event | Name |
|---|---|---|
| Thu Aug 15 09:33:48 EDT 2024 | Respondent naicsCode added as 481110 | ALICIA NEWSOME |
| Thu Aug 15 09:33:48 EDT 2024 | Respondent institutionType added as Private Employer | ALICIA NEWSOME |
| Thu Aug 15 09:33:48 EDT 2024 | Respondent emlState added as Respondent must verify record. | ALICIA NEWSOME |
| Thu Aug 15 09:33:48 EDT 2024 | Respondent addressLine1 changed to 1030 Delta Blvd | ALICIA NEWSOME |
| Thu Aug 15 09:26:12 EDT 2024 | Charging Party otherNationalOriginCategory added as Sudan | ALICIA NEWSOME |
| Thu Aug 15 09:26:12 EDT 2024 | Charging Party homePhone added as (404) 246-4430 | ALICIA NEWSOME |
| Thu Aug 15 09:26:12 EDT 2024 | Charging Party cellNumber changed to (404) 246-4430 | ALICIA NEWSOME |
| Thu Aug 15 09:22:45 EDT 2024 | Charge assignee ALICIA WILLIAMS (INVESTIGATOR) viewed charge details. | ALICIA NEWSOME |
| Thu Aug 15 08:40:01 EDT 2024 | ALICIA WILLIAMS designated as the primary assignee | ERICA MEADOWS-FULLER |
| Thu Aug 15 08:35:32 EDT 2024 | Viewed Online Inquiry Report Information | ERICA MEADOWS-FULLER |
| Thu Aug 08 17:40:46 EDT 2024 | Online Case data updated. Added filing deadline date : 12/16/2024 | Arcapp User |
| Thu Aug 08 12:12:05 EDT 2024 | An Inquiry has been created. | mutwakilelhag@yahoo.com |